**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE ANTONIO MELLIN GOMEZ,<br>Petitioner<br>v.<br>TODD BLANCHE, et al.,<br>Respondents | Case No.: 2:26-cv-03132-APG-BNW<br>**Order** |

I ORDER that the federal respondents must file a response to the traverse (ECF No. 13) within 14 days. The petitioner may file a reply within 7 days of the response.

DATED this 5th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE